HELEN SCHNATZ, as Administratrix of the Estate of FREDERICK SCHNATZ, Deceased, Respondent; *v.* JOHN T. WHALEN, Appellant, Impleaded with Others.

(Argued June 14, 1932; decided July 19, 1932.)

*James I. Cuff, Harold V. Angevine* and *Grattan B. Shults* for appellant.

*Samuel L. Sargent* and *Gabriel Rubino* for respondent.

Judgment affirmed, with costs; no opinion. (See 260 N. Y. 563.)

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE, J.